## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

SALIX PHARMACEUTICALS, INC.,
et al.,

                Plaintiffs,

    v.

NORWICH PHARMACEUTICALS,
INC., ALVOGEN PB RESEARCH &
DEVELOPMENT, LLC, and
ALVOGEN, INC.,

                Defendants

Case No.: 1:24-cv-7140

## ORDER

**AND NOW**, this __1st___ day of April 2025, upon joint motion of the parties and

for good cause shown:

**IT IS ORDERED** the consolidated schedule below applies to this matter.

Dated this __1st__ day of ___April___, 2025.

_____
Honorable John F. Murphy
United States District Court Judge

## Consolidated Schedule

| Event | Norwich |
|-------|---------|
| Parties may serve Initial Written Discovery | March 13, 2025 |

| **Event** | **Norwich** |
|---|---|
| Plaintiffs serve Disclosure of Asserted Claims (L. Pat. R. 3.6(b)) | February 27, 2025 |
| E-Discovery conference pursuant to L. Civ. R. 26.1(d) | March 20, 2025 |
| Defendants' Invalidity Contentions and attendant document production (L. Pat. R. 3.6(c)-(d)) | March 27, 2025 |
| Defendants' Non-Infringement Contentions and attendant document production (L. Pat. R. 3.6(e)-(f)) | March 27, 2025 |
| Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions and attendant document production (L. Pat. R. 3.6(g)-(h)) - | April 24, 2025 |
| Plaintiffs' Responses to Invalidity Contentions (L. Pat. R. 3.6(i)) | April 24, 2025 |
| Parties Exchange Proposed Terms for Claim Construction (L. Pat. R. 4.1(a)) | May 1, 2025 |
| Parties Exchange Preliminary Claim Constructions and Identify Intrinsic and Extrinsic Supporting Evidence (L. Pat. R. 4.2(a)-(b)) | May 8, 2025 |
| Parties Exchange Identifications of all Intrinsic and Extrinsic Evidence They Intend to Rely Upon in Opposing any Proposed Claim Construction and Thereafter Meet and Confer to Narrow Issues (L. Pat. R. 4.2(c)-(d)) | May 15, 2025 |

| **Event** | **Norwich** |
|---|---|
| Parties File Joint Claim Construction and Prehearing Statement (L. Pat. R. 4.3) | May 20, 2025 |
| Deadline to seek leave to amend pleadings or to join new parties | May 9, 2025 |
| Completion of Fact Discovery Relating to Claim Construction, including Depositions of Non-Expert Witnesses Identified in Claim Construction Exchanges (L. Pat. R. 4.4) | June 6, 2025 |
| Parties Contemporaneously File Opening Markman Submissions (L. Pat. R. 4.5(a)) | June 19, 2025 |
| Completion of Expert Discovery Relating to Opening Markman Submissions (L. Pat. R. 4.5(b)) | July 10, 2025 |
| Parties Contemporaneously File Responsive Markman Submissions (L. Pat. R. 4.5(c)) | July 24, 2025 |
| Submission of proposed schedule to Court for Claim Construction Hearing (L. Pat. R. 4.6) | July 30, 2025 |
| Claim Construction Hearing | The parties request the week of August 11-15, 2025 |
| Deadline for disclosures related to advice of counsel defense (L. Pat. R. 3.8) | May 9, 2025 |

| **Event** | **Norwich** |
|---|---|
| Deadline for Substantial Completion of Document Production | April 25, 2025 |
| Fact Discovery Deadline | July 18, 2025 |
| Exchange of opening expert reports | Aug 13, 2025 |
| Exchange of rebuttal expert reports | Sept 17, 2025 |
| Exchange of reply expert reports | Oct 8, 2025 |
| Expert discovery deadline, including depositions | Nov 21, 2025 |