

4365 ROUTE 1 SOUTH
SUITE 301
PRINCETON, NJ 08540

PHONE:   609.490.4860
FAX:        732.242.8051

www.bakerdonelson.com

THEODORA MCCORMICK
PHONE: 609.490.4849
FAX: 732.242.8051

May 23, 2025

**VIA ECF**

The Honorable John F. Murphy, U.S.D.J.
3809 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *Salix Pharmaceuticals, Inc. et al. v. Zydus Pharmaceuticals (USA) Inc. et al.*
            Case No. 1:24-09512 (JFM);
            *Salix Pharmaceuticals, Inc. et al. v. Cipla USA, Inc. et al.*
            Case No. 1:24-10213 (JFM);
            *Salix Pharmaceuticals, Inc. et al. v. Carnegie Pharmaceuticals LLC*
            Case No. 1:24-10356 (JFM)
            *Salix Pharmaceuticals, Inc. et al. v. Norwich Pharmaceuticals, Inc. et al.*
            Case No. 1:24-07140 (JFM)

Dear Judge Murphy:

      This firm, along with Buchanan Ingersoll & Rooney PC, represents Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd. in the above-referenced matter. We write on behalf of all parties to the above lawsuits to respectfully request the release of all remaining claim construction dates set forth in the Amended Scheduling Order (ECF No. 58 in Case No.: 1:24-9512; ECF No. 47 in Case No.: 1:24-10213; ECF No. 44 in Case No.: 1:24-10356; ECF No. 74 in Case No. 1:24-07140).

      The deadline for the parties in each of the above lawsuits to "Exchange Proposed Terms for Claim Construction (L. Pat. R. 4.1(a))" was May 8, 2025. None of the parties in the above lawsuits proposed terms for claim construction. Accordingly, the parties request that Your Honor release all remaining claim construction-related deadlines.

      If this is acceptable, the Parties respectfully request that Your Honor "so order" this letter and have it entered upon each docket. We thank the Court for its time and attention to this matter.

May 23, 2025
Page 2

                                          Respectfully submitted,

                                          *s/ Theodora McCormick*
                                          Theodora McCormick

cc: All Counsel of Record (via ECF)

**SO ORDERED:**

_____
Hon. John F. Murphy, U.S.D.J.