IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALIX PHARMACEUTICALS, INC., SALIX PHARMACEUTICALS, LTD., ALFASIGMA S.P.A. and BAUSCH HEALTH IRELAND LTD.,<br><br>Plaintiffs,<br>v.<br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, and AMNEAL EU, LIMITED,<br><br>Defendants. | Case No.: 1:24-cv-04607-JFM |
| SALIX PHARMACEUTICALS, INC., et al.,<br>Plaintiffs,<br>v.<br>NORWICH PHARMACEUTICALS, INC.,<br>Defendant. | Case No.: 1:24-cv-7140 |
| SALIX PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br>v.<br>ZYDUS PHARMACEUTICALS (USA) Inc. and ZYDUS LIFESCIENCES LIMITED,<br><br>Defendants. | Case No.: 1:24-cv-9512-JFM |
| SALIX PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br>v.<br>CIPLA USA, INC. and CIPLA LIMITED,<br><br>Defendants. | Case No.: 1:24-cv-10213- JFM |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of July 2025, upon joint motion by the parties and for good cause shown:

**IT IS ORDERED** that the parties are permitted to take certain fact witness depositions after July 18, 2025; and it is further

**ORDERED** that the amended schedule below applies to this matter.

Dated this ____ day of _____, 2025.

_____
Honorable John F. Murphy
United States District Court Judge

**Amended Schedule**

| Event | Original | Amended Date |
|---|---|---|
| Fact Discovery Deadline | July 18, 205 | No change |
| Exchange of opening expert reports | Aug 13, 2025 | Sept 3, 2025 |
| Exchange of rebuttal expert reports | Sept 17, 2025 | Oct 8, 2025 |
| Exchange of reply expert reports | Oct 8, 2025 | Oct 29, 2025 |
| Expert discovery deadline, including depositions | Nov 21, 2025 | Dec 12, 2025 |

3