## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALIX PHARMACEUTICALS, INC., SALIX PHARMACEUTICALS, LTD., ALFASIGMA S.P.A. and BAUSCH HEALTH IRELAND LTD., <br><br> Plaintiffs, <br> v. <br> AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, and AMNEAL EU, LIMITED, <br><br> Defendants. | Case No.: 1:24-cv-04607-JFM |
| SALIX PHARMACEUTICALS, INC., et al., <br> Plaintiffs, <br> v. <br> NORWICH PHARMACEUTICALS, INC., <br> Defendant. | Case No.: 1:24-cv-7140 |
| SALIX PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br> v. <br> CIPLA USA, INC. and CIPLA LIMITED, <br><br> Defendants. | Case No.: 1:24-cv-10213- JFM |

## ORDER

**AND NOW**, this __28th__ day of August 2025, upon joint motion by the parties and for good cause shown:

**IT IS ORDERED** that the amended schedule below applies to this matter.

Dated this <u>28th</u> day of <u>August</u>, 2025.

_____
Honorable John F. Murphy
United States District Court Judge

**Amended Schedule**

| Event | Current Date | Amended Date |
|---|---|---|
| Exchange of opening expert reports | Sept 3, 2025 | Sept 17, 2025 |
| Exchange of rebuttal expert reports | Oct 8, 2025 | Oct 22, 2025 |
| Exchange of reply expert reports | Oct 29, 2025 | Nov 12, 2025 |
| Expert discovery deadline, including depositions | Dec 12, 2025 | Jan 9, 2026 |