Arnold B. Calmann
Katherine A. Escanlar
**SAIBER LLC**
7 Giralda Farms, Suite 360
Madison, NJ 07940
abc@saiber.com
kescanlar@saiber.com

*Attorneys for Norwich Pharmaceuticals, Inc.*

OF COUNSEL:
Matthew J. Becker
Edward M. Mathias
Matthew S. Murphy
Rebecca L. Clegg
**AXINN LLP**
90 State House Square
Hartford, CT 06103
(860) 275-8100
mbecker@axinn.com
tmathias@axinn.com
mmurphy@axinn.com
rclegg@axinn.com

Sara B. Natour
**AXINN LLP**
1901 L Street NW
Washington, DC 20036
(202) 912-4700
snatour@axinn.com

Cassie Goodnight
**AXINN LLP**
630 Fifth Avenue, 33rd Floor
New York, NY 10111
(212) 728-2200
cgoodnight@axinn.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALIX PHARMACEUTICALS INC., SALIX PHARMACEUTICALS, LTD., and BAUSCH HEALTH IRELAND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> NORWICH PHARMACEUTICALS, INC., <br><br> Defendant. <br> . | Civil Action No. 1:24-cv-07140-JFM <br><br> *Document Filed Electronically* |

1

**NOTICE OF CHANGE OF FIRM NAME**

**PLEASE TAKE NOTICE** that effective July 10, 2026, the law firm of Axinn, Veltrop &
Harkrider LLP, counsel for Defendant Norwich Pharmaceuticals, Inc. ("Defendant") in the above
matter, has changed its firm name. The new name of the firm is Axinn LLP ("Axinn" or the
"Firm"). Axinn and Saiber continue to represent Defendant in this case.

The Firm's and its lawyers' addresses, phone numbers, fax numbers and emails remain the
same.

Dated:  July 17, 2026

OF COUNSEL:
Matthew J. Becker
Edward M. Mathias
Matthew S. Murphy
Rebecca L. Clegg
**AXINN LLP**
90 State House Square
Hartford, CT 06103
(860) 275-8100
mbecker@axinn.com
tmathias@axinn.com
mmurphy@axinn.com
rclegg@axinn.com

Sara B. Natour
**AXINN LLP**
1901 L Street NW
Washington, DC 20036
(202) 912-4700
snatour@axinn.com

Cassie Goodnight
**AXINN LLP**
630 Fifth Avenue, 33rd Floor
New York, NY 10111
(212) 728-2200
cgoodnight@axinn.com

Respectfully submitted,

s/ Arnold B. Calmann
Arnold B. Calmann
Katherine A. Escanlar
**SAIBER LLC**
7 Giralda Farms, Suite 360
Madison, NJ 07940
abc@saiber.com
kescanlar@saiber.com

*Attorneys for Norwich Pharmaceuticals, Inc.*

2