# EXHIBIT 2

**CLAIM CHART COMPARING ASSERTED POLYMORPH PATENT CLAIMS TO NORWICH I FINDINGS**

| **Asserted Claim** | **Held Obvious in *Norwich I*** | | |
|---|---|---|---|
| **’196 Patent (claim 7)** | **’199 Patent (claim 4)** | **’206 Patent (claim 34)[1]** | ***Norwich I* Findings Applicable Here** |
| A solid pharmaceutical composition comprising… | | 34. A solid pharmaceutical composition comprising … | Salix does not dispute that this limitation is patentably immaterial to the instant dispute. |
| a therapeutically effective amount of rifaximin δ, rifaximin ε, or a combination thereof, … | Rifaximin in polymorphic form β, … | rifaximin in polymorphic Form β … | “Cannata disclosed crystalline rifaximin, methods of making it, and that it had antibacterial properties.” *Norwich I DC*, at *3; SUF 72.<br><br>“Marchi disclosed methods of preparing crystalline rifaximin, rifaximin’s antibacterial properties, and that it could be used in pharmaceutical compositions with conventional pharmaceutically acceptable excipients or carriers.” *Norwich I DC*, at *3; SUF 72.<br><br>Cannata’s process for making rifaximin produced batches that “consisted of (1) only the ‘delta polymorph,’ (2) only of the ‘epsilon form,’ (3) a mixture of ‘the alpha and epsilon form,’ and (4) a mixture of the ‘alpha and delta forms,’ respectively.” *Norwich I DC* at *5; SUF 80.<br><br>“[T]he evidence is clear and convincing that a POSA would have been motivated to characterize the rifaximin produced by the Cannata processes.” *Norwich I DC* at *7; SUF 72, 73.<br><br>“A POSA would have had a motivation to combine Cannata with commonly known testing techniques XRPD and KF or TGA because regulatory bodies instructed applicants to characterize the solubility, stability, and bioavailability of drug candidates.” *Norwich I DC* at *3; SUF 72.<br><br>“The difference between the prior art and the claims is thus effectively nothing more than the performance of |

[1] In *Norwich I*, the court invalidated claim 36 of the ’206 patent, which depends from claim 34, shown here. Claim 36 added a water content limitation that is not relevant to this case. *See* SUF 67, 69.

| **Asserted Claim** | **Held Obvious in *Norwich I*** | | |
|---|---|---|---|
| **’196 Patent (claim 7)** | **’199 Patent (claim 4)** | **’206 Patent (claim 34)[1]** | ***Norwich I* Findings Applicable Here** |
| | | | routine characterization to identify the polymorphic ***forms*** that result from the known Cannata processes. In this regard, Salix does not appear to dispute that there would have been a motivation to explore potential polymorphic ***forms*** of rifaximin.” *Norwich I CAFC* at 1066 (emphasis added); SUF 75. |
| and a pharmaceutically acceptable excipient, together disposed in a formulation for oral administration, … | | and a pharmaceutically acceptable excipient or carrier, … | Salix does not dispute that this limitation is patentably immaterial to the instant dispute. |
| wherein the rifaximin δ has x-ray powder diffraction pattern peaks at about 5.7°±0.2, 10.8°±0.2, 12.1°±0.2, and 17.0°±0.2, 2-θ, and wherein the rifaximin ε has x-ray powder diffraction pattern peaks at about 8.2°±0.2, 12.4°±0.2, and 16.3°±0.2 2-θ. | wherein the rifaximin has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2θ and wherein the rifaximin has a water content of greater than 5%. | wherein the rifaximin Form β has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2-θ. | “X-ray powder diffraction (XRPD) peaks are an inherent characteristic of a polymorph. Each peak in an XRPD diffractogram is a structural element of that form. XRPD was routine as of the priority date.” *Norwich I DC* at *3; SUF 72, 77. |

| **Asserted Claim** | **Held Obvious in *Norwich I*** | |
|---|---|---|
| **’196 Patent (claim 8)** | **’206 Patent (claim 34)** | ***Norwich I* Findings Applicable Here** |
| The pharmaceutical composition of claim 7, wherein the excipient is selected from the group consisting of diluting, binding, lubricating, disintegrating, coloring, flavoring, and sweetening agents. | A solid pharmaceutical composition comprising rifaximin in polymorphic Form β and a pharmaceutically acceptable excipient or carrier, wherein the rifaximin Form β has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2-θ. | Salix does not dispute that this limitation is patentably immaterial to the instant dispute. *See also* SUF 71, 72. |

| Asserted Claim | Held Obvious in *Norwich I* | |
|---|---|---|
| **’196 Patent (claim 9)** | **’206 Patent (claim 34)** | ***Norwich I* Findings Applicable Here** |
| The pharmaceutical composition of claim 7, wherein the formulation for oral administration is selected from the group consisting of coated or uncoated tablet, hard or soft gelatin capsule, sugar-coated pill, lozenge, wafer sheet, pellet, and powder in sealed packet. | A solid pharmaceutical composition comprising rifaximin in polymorphic Form β and a pharmaceutically acceptable excipient or carrier, wherein the rifaximin Form β has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2-θ. | Salix does not dispute that this limitation is patentably immaterial to the instant dispute. *See also* SUF 71, 72. |