**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Aileen McMonagle<br>ESR | Nelson Quíles Malavé<br>Deputy Clerk |

| | | |
|---|---|---|
| SALIX PHARMACEUTICALS, INC et al | : | Julie Goldemberg, Esquire<br>Michael Abernathy, Esquire |
| v. | : | CIVIL ACTION 24-4607 |
| AMNEAL PHARMACEUTICALS OF NEW YORK, LLC et al | : | Matthew Murphy, Esquire<br>Christopher Pinahs, Esquire<br>Oren Langer, Esquire |

**MINUTE SHEET**

HONORABLE JOHN F. MURPHY • DATE: 10/07/2026 • TIME: 12:30 P.M. • COURTROOM:10-A

**ORAL ARGUMENT**

Defense counsel for Norwich addresses the court in support of the Motion for Summary Judgment.
Plaintiff counsel addresses the court opposing the motion for Summary Judgment.
Defense counsel for AMNEAL addresses the court in support of Motion for Summary Judgment.

Court adjourned at: 2:25 P.M.

**TOTAL TIME IN COURT:** 2-hours 25-minutes